UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
8 Hillside Avenue, Suite 103
Montclair, New Jersey 07042
Ph. (973) 707-3322
eMail: LFarber@LFarberLaw.com
Attorneys for Plaintiff

| | |
|---|---|
| **PALISADES CAPITAL, INC.** | Hon. Esther Salas, U.S.D.J. |
| *Plaintiff,* | Civil Action No. 2:21-cv-20054-ES-JBC |
| v. | CIVIL ACTION |
| **RENE MUIJRERS, ICONV SPRL, and TECHIE HOSTING, INC.,** | |
| *Defendants.* | |

## APPLICATION FOR ADMISSION PRO HAC VICE OF
## MARIA ISABEL GUERRERO, ESQ.

Application is hereby made for an Order Admitting Maria Isabel S. Guerrero, Esq., an attorney of the State of New York, to be admitted to practice before this Court, pro hac vice. A Certification of local counsel, a Certification of Maria Isabel S. Guerrero, Esq., and a letter of good standing from the Supreme Court of New York, Appellate Division, are submitted with this application.

LESLIE A. FARBER, LLC
Attorneys for Plaintiff

By: /s/ Leslie A. Farber
Dated: December 3, 2021          Leslie A. Farber
Email: LFarber@LFarberLaw.com