UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
8 Hillside Avenue, Suite 103
Montclair, New Jersey 07042
Ph. (973) 707-3322
eMail: LFarber@LFarberLaw.com
Attorneys for Plaintiff

| | |
|---|---|
| **PALISADES CAPITAL, INC.** | Hon. Esther Salas, U.S.D.J. |
| *Plaintiff,* | Civil Action No. 2:21-cv-20054-ES-JBC |
| v. | <u>CIVIL ACTION</u> |
| **RENE MUIJRERS, ICONV SPRL, and TECHIE HOSTING, INC.,** | CERTIFICATION OF LOCAL COUNSEL – LESLIE A. FARBER |
| *Defendants.* | |

    1.    I, Leslie A. Farber, am an attorney at law of the State of New Jersey, attorney for plaintiff, am local counsel for the plaintiff and have personal knowledge of the facts stated herein.

    2.    I am a member in good standing of the Bar of the State of New Jersey and the Bar of the United States District Court for the District of New Jersey.

    3.    I make this Certification in support of plaintiff's Motion to have Maria Isabel Guerrero, Esq., a New York attorney, to be admitted to practice before this Court, *pro hac vice.*

    4.    It is my understanding that Ms. Guerrero is plaintiff's preferred choice of counsel in this matter and, to the best of my knowledge, specializes in the complex field of computer fraud and abuse and other causes of action brought in the Complaint and has a relationship with the plaintiff who has requested that she participate in and try the within case should it proceed to trial.

5.      Ms. Guerrero's own Certification and Certificate of Good Standing from the State of New York are enclosed and filed with these papers.

6.      Ms. Guerrero has agreed to be bound by this Court's Rules, disciplinary rules of the State of New Jersey, and any orders issued in this action.  She also has agreed to be responsible for payment of the fee required pursuant to Local Civil Rule 101.1(c) and the New Jersey Lawyers' Fund for Client Protection at all times.

7.      No defendant has appeared in this action yet.

8.       It is therefore respectfully requested that the Court grant the within Motion and admit Maria Isabel Guerrero to speak and appear before the Court in this and any related matters pro hac vice.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 3, 2021

/s/ Leslie A. Farber
Leslie A. Farber
Email: LFarber@LFarberLaw.com