UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
8 Hillside Avenue, Suite 103
Montclair, New Jersey 07042
Ph. (973) 707-3322
eMail: LFarber@LFarberLaw.com
Attorneys for Plaintiff

| | |
|---|---|
| **PALISADES CAPITAL, INC.** | Hon. Esther Salas, U.S.D.J. |
| *Plaintiff,* | Civil Action No. 2:21-cv-20054-ES-JBC |
| v. | CIVIL ACTION |
| **RENE MUIJRERS, ICONV SPRL, and TECHIE HOSTING, INC.,** | CERTIFICATION OF MARIA ISABEL S. GUERRERO IN SUPPORT OF APPLICATION TO ADMIT AS COUNSEL PRO HAC VICE |
| *Defendants.* | |

    1.    I, Maria Isabel S. Guerrero, under penalty of perjury, certify as follows:

    2.    I submit this certification in support of my application to be admitted pro hac vice in this action and to appear and represent the interests of plaintiff, Palisades Capital, Inc.

    3.    I am the owner of Law Office of Maria Isabel S. Guerrero, 1971 Western Avenue #131, Albany, New York 12203.

    4.    I am, and have been since 2005, admitted to practice before the highest court of the State of New York and I am a member in good standing to practice before that Court. See certificate of good standing annexed hereto as "Exhibit A." In addition, I am, and have been since 2013, a member of the bar of the United States District Court for the Eastern District of New York and a member of the bar of the United States District Court for the Southern District of New York.

    5.    No disciplinary proceedings are pending me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. Plaintiff has engaged local counsel, Leslie A. Farber, owner of the law firm Leslie A. Farber, LLC, which maintains a bona fide office for the practice of law at 8 Hillside Avenue, Suite 103, Montclair, New Jersey 07042, to serve as local counsel in these proceedings.

7. In accordance with the requirements of United States District Court Local Civil Rule 101.1(c) and Rule 1:21-2 of the New Jersey Rules of Court, I hereby represent that I am not under suspension or disbarred by any court and that I am eligible for admission to the Bar of this Court.

8. If the Court grants my application for admission pro hac vice, I agree to:

   a. abide by the United States District Court Local Civil Rules and the New Jersey Rules of Court's disciplinary rules in the course of my representation of defendant in this action;

   b. notify this Court immediately of any matter affecting my standing at the Bar of any Court to which I am admitted;

   c. have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice law in New Jersey; and

   d. pay all fees required by the New jersey Supreme Court to be paid to the New Jersey Lawyers' Fund for Client Protection and to the New Jersey Supreme Court's Ethics Financial Committee, as more fully set forth in New Jersey Court Rules 1:20-1(b) and 1:28-2.

9. I consent to the appointment of the Clerk of the District Court of New Jersey as my agent, upon whom service of process may be had for all actions against me that may arise out of my participation in this matter.

10. Based on the foregoing, I respectfully request that the Court grant my application to appear pro hac vice in this action on behalf of defendant.

11. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 2, 2021                                     _____
                                                            Maria Isabel S. Guerrero, Esq.