## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 2:21-CV-20054-ES-JBC

Plaintiff:
**PALISADES CAPITAL, INC.**

vs.

Defendant:
**RENE MUIJRERS, ET AL**

For:
Leslie A. Farber, Esq.

STS2022002541

Received these papers to be served on **TECHIE HOSTING, INC., C/O SECRETARY OF STATE, 33 WEST STATE STREET, TRENTON, NJ 08625-0307**.

I, Sharon McCabe Villa, do hereby affirm that on the **26th day of January, 2022** at **10:58 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Civil Cover Sheet, Complaint, Exhibit 1-5, Exhibit A-N** with the date and hour of service endorsed thereon by me, to: **Nikki Doe ID#TYR50130 as Authorized Agent** for **TECHIE HOSTING, INC.**, at the address of: **C/O SECRETARY OF STATE, 33 WEST STATE STREET, TRENTON, NJ 08625-0307**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2022  10:58 am  Served with State Fee Check.
Served with non- service affidavits.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Brown, Height: 5'5", Weight: 145, Hair: Blonde, Glasses: -

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

Sharon McCabe Villa  2/10/22

Our Job Serial Number: STS-2022002541
Service Fee: _____