**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

October 3, 2022

**LETTER ORDER**

Re:   **Palisades Capital, Inc. v. Muijrers, et al.**
      **Civil Action No. 21-20054 (ES)**

Dear Counsel:

The Court is in receipt of a motion by Leslie Ann Farber, Esq. of Leslie A. Farber, LLC to withdraw as counsel for Plaintiff in this matter. *See* Dkt. No. 44. As requested in her motion to withdraw, Ms. Farber shall submit a separate supporting declaration to the Court *ex parte* via email at JBC_orders@njd.uscourts.gov by no later than **October 5, 2022**.

**IT IS SO ORDERED.**

　　s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**