UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PALISADES CAPITAL, INC.**, <br> *Plaintiff,* <br> v. <br> **RENE MUIJRERS, ICONV SPRL, and TECHIE HOSTING, INC.,** <br> *Defendants.* | Civil Action No. 2:21-cv-20054 <br><br> **AMENDED <br> PLAINTIFF PALISADES CAPITAL, INC.,'s NOTICE OF WITHDRAWAL OF ITS MOTION TO CONSOLIDATE CASE UNDER FED. R. CIV. P. 42** |

TO: William T. Walsh, Clerk
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 0710

1. Plaintiff Palisades Capital filed a Motion for Relief under Fed. R. Civ. P. 42 on September 16, 2022 (ECF No. 36). That Motion is scheduled to be heard on October 17, 2022.

2. After reviewing the Defendants' late sur-reply letter of March 7, 2022 (ECF No. 17), the Court's Order of September 14, 2022 (ECF No. 34), Plaintiff's April 12, 2022, request to the Court that if it "permits the Defendants' sur-reply despite it being filed without permission, the Plaintiff requests permission to supplement the record with . . . a copy of the New Jersey State Court plaintiff's motion for reconsideration" (ECF No. 20), and in the interests of judicial efficiency as more fully explained in Plaintiff's Motion for Leave to Supplement the Complaint, pursuant to Fed. R. Civ. P. 15(d), which is being filed today, Plaintiff seeks withdrawal of its Motion for Consolidation because it no longer needs relief under Fed. R. Civ. P. 42 (Motion to Consolidate).

3. As a consequence, Palisades Capital, Inc., hereby withdraws its Motion to Consolidate per Fed. R. Civ. P. 42 (ECF No. 36).

1

|  |  |  |
|---|---|---|
|  |  | LESLIE A. FARBER, LLC |
| Dated: October 3, 2022 | By: | /s/ Leslie A. Farber |
|  |  | Leslie A. Farber |
|  |  | 105 Grove Street, Suite 1 *(new)* |
|  |  | Montclair, NJ 07042 |
|  |  | Ph. (973) 707-3322 |
|  |  | Email: LFarber@LFarberLaw.com |
| Dated:  October 3, 2022 |  | /s/ Maria S. Guerrero |
|  |  | Maria Isabel S. Guerrero, Esq. |
|  |  | 1971 Western Avenue #131 |
|  |  | Albany, New York 12203 |
|  |  | *Attorney Pro Hac Vice* |

*Attorneys for Plaintiff*

2