# LESLIE A. FARBER, LLC
### ATTORNEYS AT LAW

*Of Counsel*
Fred Shahrooz-Scampato, Esq.

BRASSWORKS BUILDING
105 GROVE STREET, SUITE 1
MONTCLAIR, NEW JERSEY 07042-4053
973.707.3322
973.860.1174 (fax)

E-mail: LFarber@LFarberLaw.com
Web page: www.LFarberLaw.com

**[Handwritten annotation:]** *The telephone conference is adjourned to October 6, 2022 at 11:30 AM*

via ECF

October 3, 2022

Judge B. Clark, III, U.S.M.J.
United States District Court - District of New Jersey
Martin Luther King U.S. Court House Building
50 Walnut Street
Newark, New Jersey 07102

**SO ORDERED**
*s/James B. Clark*
James B. Clark, U.S.M.J.
Date: 10/3/2022

Re: **Palisades Capital Inc. v. Rene Muijrers, Iconv Sprl, and Techie Hosting, Inc.**
**Civil Action No. 21-cv-20054 (ES)**
• **Status Conference October 5, 2022 @ 12:00 p.m.**

Dear Judge Clark:

I am local counsel for the Plaintiff in the above case. We have an status conference scheduled with Your Honor on Wednesday, October 5, 2022 @ 12:00 p.m. I apologize to the Court and adversary counsel for the late notice, but just realized that October 5, 2022, is the Jewish Yom Kippur holiday which I observe and will not be working at all that date. Pro hac vice counsel Maria Isabel S. Guerrero, Esq., has informed me that she is not available to participate in this conference call due to a scheduling conflict. I therefore respectfully request that this conference be rescheduled.

At the client's request, I just filed Plaintiff's Notice to Withdraw Plaintiff's Motion to Consolidate this case with 2:22-cv-04918 (ECF 45). **I also have moved to withdraw as local counsel in this case (ECF 44) and am about to file later today a motion to withdraw in case number 2:22-cv-04918**.

Respectfully submitted,

Leslie A. Farber

LAF

cc: Steven A. Karg, Esq. *(via ECF sakarg@norris-law.com)*
Maria Isabel Guerrero, Esq. *(via email: mariaisabel.guerrero@nyattyatlaw.com )*