✗ORDER✗

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PALISADES CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> RENE MUIJRERS, ICONV SPRL, and TECHIE HOSTING, INC., <br><br> Defendants. | Civil Action No. 2:21-cv-20054 <br><br> PLAINTIFF PALISADES CAPITAL, INC.,'s NOTICE OF WITHDRAWAL OF ITS MOTION TO CONSOLIDATE CASE UNDER FED. R. CIV. P. 42 |

TO:   William T. Walsh, Clerk
      United States District Court for the District of New Jersey
      Martin Luther King Building & U.S. Courthouse
      50 Walnut Street
      Newark, NJ 0710

1. Plaintiff Palisades Capital filed a Motion for Relief under Fed. R. Civ. P. 42 on September 16, 2022 (ECF No. 36). That Motion is scheduled to be heard on October 17, 2022.

2. After reviewing the Defendants' late sur-reply letter of March 7, 2022 (ECF No. 17), the Court's Order of September 14, 2022 (ECF No. 34), Plaintiff's April 12, 2022, request to the Court that if it "permits the Defendants' sur-reply despite it being filed without permission, the Plaintiff requests permission to supplement the record with . . . a copy of the New Jersey State Court plaintiff's motion for reconsideration" (ECF No. 20), and in the interests of judicial efficiency, Plaintiff seeks withdrawal of its Motion for Consolidation because it no longer needs relief under Fed. R. Civ. P. 42 (Motion to Consolidate).

1

3. As a consequence, Palisades Capital, Inc., hereby withdraws its Motion to Consolidate per Fed. R. Civ. P. 42 (ECF No. 36).

                                      LESLIE A. FARBER, LLC

Dated: October 3, 2022        By:   /s/ Leslie A. Farber
                                        Leslie A. Farber
                                        105 Grove Street, Suite 1 *(new)*
                                        Montclair, NJ 07042
                                        Ph. (973) 707-3322
                                        Email: LFarber@LFarberLaw.com

Dated: October 3, 2022                /s/ Maria S. Guerrero
                                        Maria Isabel S. Guerrero, Esq.
                                        1971 Western Avenue #131
                                        Albany, New York 12203
                                        *Attorney Pro Hac Vice*

                                        *Attorneys for Plaintiff*

[Handwritten:]

\* Plaintiff's motion to consolidate [Dkt. No 36] is hereby TERMINATED.

\* The clerk shall also terminate Dkt. Nos. 45, 48 and 50.

**SO ORDERED**
*s/James B. Clark*
**James B. Clark, U.S.M.J.**
**Date:** 10/4/2022

2