**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(973) 776-7700**

CHAMBERS OF  
**JAMES B. CLARK, III**  
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE  
50 WALNUT STREET, ROOM 2060  
NEWARK, NJ 07102

October 4, 2022

**LETTER ORDER**

Re:   **Palisades Capital, Inc. v. Muijrers, et al.**
      **Civil Action No. 21-20054 (ES)**

Dear Counsel:

The telephone conference scheduled in this matter for **October 6, 2022 at 11:30 AM** is adjourned to **October 12, 2022 at 10:30 AM**.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**