O AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** NEW JERSEY

Palisades Capital, Inc.
                    Plaintiff (s),
V.
Rene Muijrers, IconV Sprl, Techie Hosting, Inc.
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:21-cv-20054

Notice is hereby given that, subject to approval by the court, __Palisades Capital, Inc.__ substitutes
(Party (s) Name)

__Howard Gutman__, State Bar No. __014971982__ as counsel of record in
(Name of New Attorney)

place of __Leslie Farber__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Howard A. Gutman, Esq
    Address:     230 Route 206, Suite 307, Flanders, New Jersey 07836
    Telephone:     973-598-1980     Facsimile
    E-Mail (Optional):

I consent to the above substitution.
Date: 10/04/2022

Attorney for Palisades Capital, Inc.
*Maria Isabel S. Guerrero*
(Signature of Party (s))

I consent to being substituted.
Date:

I consent to the above substitution.
Date: 10/4/22

*Howard Gutman*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                                             Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |

AO 154  (10/03) Substitution of Attorney

Leslie A. Farber

*(Signature of Former Attorney (s))*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
                                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print    Save As...    Export as FDF    Retrieve FDF File    Reset