**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

October 12, 2022

**LETTER ORDER**

Re:   **Palisades Capital, Inc. v. Muijrers, et al.**
      **Civil Action No. 21-20054 (ES)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1) Plaintiff shall file a motion for leave to amend its Complaint by no later than **November 4, 2022**. Responses to Plaintiff's forthcoming motion to amend shall be filed by **November 21, 2022**. Any reply by Plaintiff shall be filed by **November 28, 2022**. Plaintiff's motion to amend shall be returnable on **December 5, 2022**.

2) The deadline for Defendants to respond to Plaintiff's initial Complaint is stayed pending disposition of Plaintiff's forthcoming motion to amend.

3) Any motions to dismiss Plaintiff's initial Complaint previously filed by Defendants shall be held in abeyance pending disposition of Plaintiff's forthcoming motion to amend. In the event that Plaintiff's motion to amend is denied, Defendants may submit a letter to the Court requesting the reinstatement of any previously filed motions to dismiss.

4) Plaintiff's pending motion seeking the entry of a default judgment against Defendant Techie Hosting, Inc. [Dkt. No. 39] is hereby **TERMINATED** pending disposition of Defendant Techie Hosting, Inc.'s motion to vacate the entry of default [Dkt. No. 29].

5) The pending motion by Leslie Ann Farber, Esq. of Leslie A. Farber, LLC to withdraw as counsel for Plaintiff in this matter [Dkt. No. 44] is hereby **TERMINATED** as moot in light of the substitution of counsel for Plaintiff filed on October 7, 2022 [Dkt. No. 54].

6) The Court will conduct a telephone status conference with the parties on **January 23, 2023 at 10:00 AM**. Counsel for Defendant Muijrers shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**