# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

November 22, 2022

## LETTER ORDER

Re:    **Palisades Capital, Inc. v. Muijrers, et al.**
       **Civil Action No. 21-20054 (ES)**

Dear Counsel:

The telephone conference scheduled in this matter for **December 12, 2022 at 11:00 AM** is adjourned to **December 15, 2022 at 12:00 PM**.

**IT IS SO ORDERED.**

        s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**