## UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

December 6, 2022

### LETTER ORDER

Re: **Palisades Capital, Inc. v. Muijrers, et al.**
    **Civil Action No. 21-20054 (ES)**

Dear Counsel:

The telephone conference scheduled in this matter for **December 15, 2022 at 12:00 PM** is adjourned to **December 20, 2022 at 11:30 AM**.

**IT IS SO ORDERED.**

      s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**