*Law Office of Maria Isabel S. Guerrero*
*1971 Western Avenue #131*
*Albany, NY 12203*
*(518) 512-9208*
*mariaisabel.guerrero@nyattyatlaw.com*

December 20, 2022

**Via ECF**
Hon. James B. Clark III, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St. | Newark, New Jersey 07102

Re:   Palisades Capital, Inc. v. Muijrers et al., Index # 21-CV-20054 (ES-JBC)

Dear Judge Clark:

    I represent the Plaintiff, Palisades Capital, Inc., in the above-referenced case. I am writing to request an adjournment of the telephone conference currently scheduled for December 28, 2022 at 10:00 a.m. due to the fact that I will be celebrating the Christmas holiday that week. This request is made with the consent of all parties.

Respectfully,

*Maria Isabel S. Guerrero*

Maria Isabel S. Guerrero, Esq.

cc (via ECF):   howian@aol.com
                sakarg@norris-law.com
                cderenze@litedepalma.com
                vafanador@litedepalma.com