**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

January 18, 2023

**LETTER ORDER**

Re:   **Palisades Capital, Inc. v. Muijrers, et al.**
      **Civil Action No. 21-20054 (ES)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1) All motions to dismiss shall be filed by **February 17, 2023**. Plaintiff's opposition(s) shall be filed by **March 20, 2023**. Any replies shall be filed by **April 3, 2023**. Defendants' forthcoming motions shall be returnable on **April 17, 2023**.

2) Discovery in this matter is hereby stayed.

3) The Court will conduct a telephone status conference with the parties on **May 3, 2023 at 10:00 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

      s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**