UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PALISADES CAPITAL, INC.**, <br><br> *Plaintiff,* <br><br> v. <br><br> **RENE MUIJRERS, ICONV SPRL, and TECHIE HOSTING, INC.**, <br><br> *Defendants.* | Civil Action No. 2:21-cv-20054 <br><br> NOTICE OF <br> VOLUNTARY DISMISSAL <br> PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, by and through its undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendants.

DATED:      February 9, 2023

Respectfully submitted,

/s/ Maria Isabel S. Guerrero
Maria Isabel S. Guerrero, Esq.
Law Office of Maria Isabel S. Guerrero
1971 Western Avenue #131
Albany, NY 12203
(518) 512-9208
mariaisabel.guerrero@nyattyatlaw.com

*Pro Hac Vice Attorney for Plaintiff*

/s/ Howard A. Gutman
Howard A. Gutman, Esq.
Law Offices of Howard A. Gutman
230 Route 206, Suite 307
Flanders, NJ 07836
(973) 598-1980
howardgutman@aol.com

*Attorney for Plaintiff*

**SO ORDERED.**
The Clerk of the Court shall mark this matter **CLOSED.**

_____
**Hon. Esther Salas, U.S.D.J.**
**Dated:** Feb. 10, 2023